IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AT&T CORP., ET AL. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0138 |
| | ) | Judge Trauger |
| ROBINSON REAGAN & YOUNG, PLLC | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 27st day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge