# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AT&T CORP., a New York corporation, and AT&T COMMUNICATIONS OF THE SOUTH CENTRAL STATES LLC, a Delaware limited liability company, | ) ) ) ) Civil Action No. 3:12-0138 |
| Plaintiffs, | ) ) Judge Trauger |
| vs. | ) ) Magistrate Judge Griffin |
| ROBINSON REAGAN & YOUNG, PLLC a Tennessee limited liability company, | ) ) ) |
| Defendant. | ) ) ) ) |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and (c), Plaintiff, AT&T Corp., and Defendant Robinson Reagan & Young, PLLC, through their respective attorneys, hereby stipulate to the dismissal of the above-captioned civil action with prejudice and with each party to bear its own costs and fees.

Respectfully submitted this 16th day of August, 2012.

By: *s/ Paul R. Franke, III*

Paul R. Franke, III (CO. BAR #12275)
Bethany A. Johnson (CO. BAR #33055)
FRANKE GREENHOUSE, LLP
Kittredge Building
511-16th Street, Suite 610
Denver, Colorado 80202
Telephone: (303) 623-4500
Facsimile: (303) 623-0960
Email: pfranke@frankegreenhouse.com
bjohnson@frankegreenhouse.com

- and –

Jeffery G. Foster
Allen, Kopet & Associates, PLLC
P O Box 2385
Jackson, TN 38302
(731) 668-2880
Fax: (731) 668-3662
Email: jfoster@allen-kopet.com
*Counsel for Plaintiff*

-and-

By:__/s/William T. Ramsey_____
William T. Ramsey, #009245
 **NEAL & HARWELL, PLC**
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
wramsey@nealharwell.com
*Counsel for Defendant*